| | | |
|---|---|---|
| Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL ESPECIAL[1] | | |
| ALEXANDRA COBIAN SALAS<br><br>**Parte Recurrida** | | CERTIORARI procedente del Tribunal de Primera Instancia, Sala Superior de **San Juan** |
| V. | TA2025CE00257 | Civil. Núm. **OPA-2025-056868**<br><br>Sobre:<br><br>**Violencia Doméstica (Ley 54)** |
| MARIE LYNN QUIÑONES TAÑÓN<br><br>**Parte Peticionaria** | | |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Ronda Del Toro y el Juez Pérez Ocasio.

Pérez Ocasio, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 8 de agosto de 2025.

A la solicitud de desistimiento de la peticionaria, presentada el *8 de agosto de 2025*, se declara **Con Lugar** la misma, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A).

Consecuentemente, se ordena el archivo definitivo de esta causa.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Véase Orden Administrativa OATA-2025-125 del 8 de julio de 2025.